IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Gary Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-2190-GCS |
| | ) |
| Scott Thompson et al, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

**IT IS HEREBBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 29, 2022 (Doc. 65), the claims against Defendants Thompson, Jaimet, Brown, Scott, Butalid, and Wexford Health Sources, Inc. are DISMISSED with prejudice.

Accordingly, this matter is DISMISSED and the case is closed.

**IT IS SO ORDERED.**

DATED: September 30, 2022

                                        MONICA A STUMP, Clerk of Court
                                        *s/ Catina Simpson*
                                        Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge